**BARRY I. FREDERICKS ESQ.**
1500 Palisade Avenue 7D
Fort Lee NJ 07024
(201) 944-4606 Tel.
(201) 947-7238 Fax.
bifredericks@hotmail.com



December 17, 2010

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0152 Tel. - Chambers
(212) 805-0127 Tel. - Courtroom
(212) 805-7942 Fax.



Re: Arthur Steinberg as Temporary Receiver v. Bank Julius Baer & Co. Ltd.
and Waxfield Limited
Index No: 04 cv 2339

Dear Judge Hellerstein:

I am the attorney for movant Rutland Enterprises Inc. A.V.V. ["Rutland"] which has a pending motion to vacate a final arbitration award in Waxfield Limited ["Waxfield"] v. Bank Julius Baer & Co. Ltd. ["BJB"] (AAA Case No: 50 148 T 00073 06). Rutland's motion was served on December 8, 2010.

In consideration of the pending holiday season I recently discussed an extention of the briefing schedule with my adversaries, and all parties have agreed to the following, subject to this Court's approval. Service of opposition papers by BJB, Waxfield and Productos Paraiso Peru, S.A. ["PPP"] shall be made on or before January 6, 2011 and service of reply papers by Rutland shall be made on or before by January 13, 2011.

Respectfully submitted,

Barry I. Fredericks

cc: Wilmer Cutler Pickering Hale & Dorr LLP (Peter J. Macdonald Esq.)
The Law Office of Joseph Yerushalmi, P.C. (Joseph Yerushalmi Esq.)

SO ORDERED:

U.S.D.J.
12/21/10