ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: PLEASE SEE ATTACHED FAX COVER

FROM: Brigitte Jones, Courtroom Deputy          Date: 7/5/11
by Order of Judge Alvin K. Hellerstein

Re: Arthur Steinberg v. Bank Julius Baer & Co. - 04 Civ. 2339 (AKH)

You are hereby notified that you are required to appear for an oral argument.

   Date: 8/17/2011
   Time: 4:00 p.m.

   Place:   U.S. Courthouse - Southern District of New York
            500 Pearl Street
            Courtroom 14D
            New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

*[signature]*

So Ordered

*[signature: Alvin K. Hellerstein]*

7-5-11