UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=============================================

ARTHUR STEINBERG, AS TEMPORARY RECEIVER
OF SAGAM CAPITAL MANAGEMENT CORP. and
SAGAM CAPITAL LLC; B.B.C.F.D., S.A., and
SKILLED INVESTORS INC.,



Civil Action No.:
04 cv 2339 (AKH)

                    Plaintiffs,

            v.

**NOTICE OF APPEAL**

BANK JULIUS BAER & CO. LTD.,
and WAXFIELD LTD.,

                    Defendants,
=============================================

Notice is hereby given that Waxfield Ltd ["Waxfield"] and Productos Paraiso del Peru,

S.A. ["PPP"] hereby appeal, to the United States Court of Appeals for the Second Circuit, from

the attached Order of the United States District Court, Southern District of New York, entitled

"Summary Order Granting Motion To Confirm Final Arbitration Award, Denying All Other

Motions, And Closing Case" dated August 18, 2011 and filed August 19, 2011.

Pursuant to Local Rule 83.8, the names of the parties and the names and addresses of

their respective attorneys of record are as follows:

Wilmer Cutler Pickering Hale & Dorr LLP
Peter J. Macdonald, Esq. / Bruce E. Coolidge Esq
399 Park Avenue, 31st Floor
New York, NY 10022
(212) 230-8800 Tel.
(212) 230-8888 Fax
peter.macdonald@wilmerhale.com
bruce.coolidge@wilmerhale.com
*Attorneys for Bank Julius Baer & Co. Ltd.*

Barry I. Fredericks, Esq.
1500 Palisade Avenue, Suite 7D
Fort Lee NJ 07024
(201) 665-8561 Tel.
(201) 947-7238 Fax
bifredericks@hotmail.com
*Attorney For Rutland Enterprises Inc. A.V.V.*

Arthur Steinberg, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
(212) 556-2158 Tel.
(212) 556-2222 Fax.
asteinberg@kslaw.com
*Temporary Receiver and Escrow Agent*

Benjamin Mintz, Esq.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
(212) 836-8505 Tel.
(212) 836-6550 Fax
bmintz@kayescholer.com
*Attorney for Arthur Steinberg, Temporary Receiver
and Escrow Agent*

Dated: September 16, 2011

Respectfully Submitted,

THE LAW OFFICE OF
JOSEPH YERUSHALMI, P.C.

By:    Joseph Yerushalmi (JY 3169)
Kenneth F. Peshkin, of counsel (KP-6589)
Ory Apelboim, of counsel (OA-3853)
17 Barstow Road, Suite 206
Great Neck, New York 11021
(516) 466-0090 Tel.
(516) 466-8988 Fax.
yossi@yerushalmi.net
ken@yerushalmi.net
ory@yerushalmi.net
*Attorneys for Waxfield Ltd. and
Productos Paraiso del Peru, S.A.*

2

MISCHEL & HORN, P.C.

By:    *Scott Horn* (by ᴘᴅ)
       Scott T. Horn, Esq (SH-2533)
       One Whitehall Street
       New York, NY 10004
       (212) 425-5191 Tel.
       (212) 425-5890
       sth@mhappeals.com
       *Co-Counsel for Waxfield Ltd and*
       *Productos Paraiso del Peru, S A*

3