USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4\1\6\3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
ARTHUR STEINBERG, AS TEMPORARY RECEIVER :
OF SAGAM CAPITAL MANAGEMENT CORP. and :
SAGAM CAPITAL LLC; B.B.C.F.D., S.A., and :
SKILLED INVESTORS INC., :
: Civil Action No:
          Plaintiffs, : 04 cv 2339
:
v. : Hon. Alvin K. Hellerstein
:
BANK JULIUS BAER & CO. LTD., and :
WAXFIELD LTD., :
:
          Defendants. :
:
----------------------------------------------------------------------x

## SATISFACTION OF JUDGMENT

WHEREAS, on October 5, 2011, by order of this Court entitled "Order Directing Entry of Judgment", this Court authorized and directed the entry of judgment in favor of Bank Julius Baer & Co. Ltd. ("BJB") and against Waxfield Limited and Productos Paraiso Del Peru, S.A., and permitted and authorized BJB to withdraw funds from an escrow account at Citibank, N.A. (the "Citibank Escrow Account") toward the satisfaction of said Judgment; and

WHEREAS, on November 23, 2011, the sum of $23,095,231.67 was transferred from the Citibank Escrow Account to BJB in full satisfaction of the aforesaid Judgment, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of aforesaid Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: April 16 2013

By: _____

Seth M. Jessee
WILMER CUTLER PICKERING HALE
     AND DORR LLP
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6537
Fax: (212) 230-8888
Email: seth.jessee@wilmerhale.com

STATE OF NEW YORK         )
                          )  ss.:
COUNTY OF NEW YORK        )

On the 16th day of April, 2013 before me personally came Seth Jessee to me known and known to be a member of the firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Bank Julius Baer & Co. Ltd. in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

LEES A PATRIACCA
Notary Public, State of New York
No. 01PA5040311
Qualified in New York County
Commission Expires March 6, 2015